1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH GRIMES,                          No.  2:17-cv-2394 MCE DB P

12                  Plaintiff,

13        v.                                 <u>FINDINGS AND RECOMMENDATIONS</u>

14   M. GROSSJAN,

15                  Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  On November 14, 2017, plaintiff filed an application to proceed in forma

19   pauperis ("IFP").  (ECF No. 2.)  However, plaintiff failed to sign the application.  In an order

20   filed November 17, 2017, the court ordered plaintiff to file a signed application or pay the $400

21   filing fee within thirty days.  Plaintiff was provided a new copy of the Application to Proceed In

22   Forma Pauperis by a Prisoner.  Plaintiff was warned that if he failed to comply with the

23   November 17 order, this court would recommend dismissal of this action.

24        By January 8, 2018, plaintiff had not filed a completed IFP application or the filing fee.

25   Accordingly, the court recommended this case be dismissed for plaintiff's failure to comply with

26   court orders.  (ECF No. 8.)  On January 26, 2018, plaintiff filed objections to that

27   recommendation in which he explained that he had recently moved.  (ECF No. 9.)  In an order

28   filed February 5, 2018, the court withdrew the recommendation that this action be dismissed and

ordered plaintiff to file a completed and signed IFP application within thirty days. (ECF No. 10.) That order was served on plaintiff at his new address.

Well over thirty days have passed and plaintiff has not filed the Application to Proceed in Forma Pauperis or otherwise responded to the court's February 5, 2018 Order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to prosecute and comply with court orders. E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 2, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/grim2394.fr(2)

2