UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. GROSSJAN,<br><br>　　　　　　Defendant. | No. 2:17-cv-2394 MCE DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. While plaintiff filed a motion to proceed in forma pauperis, he failed to sign that motion. The court has provided plaintiff several opportunities to file a signed motion. (See ECF Nos. 6, 10, 15.) On July 13, 2018, the undersigned recommended this action be dismissed for plaintiff's failure to prosecute and to comply with court orders. (ECF No. 16.)

Plaintiff filed objections to the findings and recommendations. (ECF No. 17.) He shows that he has been moved numerous times during the last six months, which means he frequently has not had access to his legal materials and has experienced delays in receiving copies of court orders. The court finds plaintiff has shown good cause for additional time to file a signed motion to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Findings and Recommendations filed July 13, 2018 are vacated; and

2. Within thirty (30) days of the filed date of this order, plaintiff shall file with the court a signed motion to proceed in forma pauperis. Plaintiff should note that he does **not** need to include a copy of his trust fund account statement. That statement has already been provided to the court. (ECF No. 5.) Plaintiff also does **not** need to have an officer sign the certificate regarding the amount currently in his account. The only thing the court requires is a completed and signed "Application to Proceed in Forma Pauperis by a Prisoner."

3. The Clerk of the Court shall provide plaintiff with a copy of the Application to Proceed in Forma Pauperis by a Prisoner.

Dated: July 31, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/grim2394.ifp(4)