UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. GROSSJAN,<br><br>        Defendant. | No. 2:17-cv-2394 MCE DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order filed on September 19, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 24) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint

DATED: October 12, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/grim2394.36.amc