# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES, | No. 2:17-cv-2394 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| M. GROSSJAN, et al., | |
| Defendants. | |

Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of September 19, 2018. Good cause appearing, this request will be granted. However, no further extension of time will be granted. IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 26) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file to file an amended complaint. No further extension of time will be granted for this purpose.

3. Plaintiff's motion indicates he is now incarcerated at Kern Valley State Prison. The Clerk of the Court is directed to change plaintiff's address on the docket.

Dated: December 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB:prisoner-civil rights/grim2394.36amc.sec