UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. GROSSJAN,<br><br>　　　　Defendant. | No. 2:17-cv-2394 MCE DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 19, 2018, (ECF No. 21) are ADOPTED in full;

2. Defendant CMF is DISMISSED from this action with prejudice;

3. Plaintiff's claims for due process and equal protection are DISMISSED from this action with prejudice;

4. Plaintiff's motion for a temporary restraining order (ECF No. 19) is DENIED as moot; and

5. This case shall proceed as set forth in the magistrate judge's orders granting Plaintiff leave to amend on his remaining claims.

IT IS SO ORDERED.

Dated: January 2, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE